Appellant, v. EDWARD W. COX and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

LOUISA BENNER, Appellant, v. WILLIAM K. WALSH and EDWARD A. PETERSON, Respondents.— Judgment unanimously affirmed, with costs. Both counsel erroneously refer to the judgment as entered upon the direction of a verdict, and the clerk's extract from the minutes contained the same error. The judgment, however, correctly recites that the court dismissed the complaint at the end of the evidence. There was no verdict directed. The learned trial judge was right in his disposition of the case. As to the cause of action for assault, the plaintiff's own testimony showed a flagrant case of resisting an officer in the performance of his duty (Penal Law, § 1823),* criminal contempt of court (Id. § 600), and entering into a combination to resist legal process (Id. § 1787). Any force used by the defendant deputy sheriff was necessary in self-defense and in the endeavor to save the property which was the subject of the writ of replevin. As to the cause of action for malicious prosecution, the plaintiff's evidence shows her guilty of assault as well as of the other crimes indicated as above. Upon examination she was held for the action of the grand jury, and subsequently indicted. The fact that the trial jury in the County Court acquitted her does not alter the fact that on her own story there was probable cause for her arrest. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JOHN DAVIS, Plaintiff, v. ANNIE DAVIS and Others, Defendants. JACOB TUCK and Another, Appellants; GREENWICH BANK, Respondent.— Appeal from order entered June 30, 1920, dismissed, without costs. The order of July 27, 1920, resettling the original order, is modified so as to provide for the denial of the motions made by the appellants, all other provisions and directions therein being stricken therefrom; and as so modified, the order is affirmed, without costs of this appeal. The moving papers do not justify this further relief or adjudication as to priorities between devisees, legatees and creditors of the deceased who are not before the court on the motion and many of whom are not parties to the action. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

IDA M. H. DENIKE, Respondent, v. JOHN B. HALSTED, Appellant, Impleaded with Others, Defendants. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

IDA M. H. DENIKE, Respondent, v. JOHN B. HALSTED, Appellant, Impleaded with Others, Defendants. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

JOHN B. HALSTED, Appellant, v. IDA M. H. DENIKE, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

* See Penal Law, §§ 1824, 1825, 1851.— [REP.